UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENVER G. SMITH,

          Petitioner,

v.

ROB McKENNA,

          Respondent.

Case No. C08-5349 BHS/KLS

ORDER OVERRULING OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on Petitioner's Objections to the Report and Recommendation of Magistrate Judge Karen L. Strombom. Dkt. 5. The Court, having reviewed the report and recommendation (Dkt. 4), Petitioner's application to proceed *in forma pauperis* (Dkt. 1), Objections to the Report and Recommendation (Dkt. 5), and the remaining record, hereby finds and **ORDERS**:

(1) Petitioner's objections are **OVERRULED**;

(2) the Magistrate Judge's report and recommendation is **ADOPTED**;

(3) Petitioner shall pay the required filing fee (**$5.00**) to the Clerk of the Court within **thirty (30) days** of the date of this Order and shall amend his Petition to correctly name his custodian and the Attorney General of Washington as Respondents; otherwise this action will be dismissed.

DATED this 14th day of August , 2008.

                                                  BENJAMIN H. SETTLE
                                                  United States District Judge

ORDER