UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENVER G. SMITH,

    Petitioner,

v.

TIMOTHY WENGLER, *et al*,

    Respondent.

Case No. C08-5349 BHS/KLS

ORDER EXTENDING RESPONDENT'S TIME TO FILE AN ANSWER

This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Before the Court is Respondent's motion for an extension of time to file an answer to Mr. Smith's habeas corpus petition. (Dkt. # 17). Respondent seeks an extension until December 26, 2008 to allow sufficient time to review the state court record recently received from the Washington state courts.

Petitioner filed no opposition to Respondent's request for an extension.

Accordingly, it is **ORDERED:**

1. Respondent's motion for an extension of time to file an answer to the petition for a writ of habeas corpus (Dkt. # 17) is **GRANTED.** Respondent shall file an answer on or before **December 26, 2008**;

2. The Clerk of the Court shall **re-note** the Petition for Writ of Habeas Corpus (Dkts. # 7 and 8) for **January 23, 2008**;

3. Petitioner may file and serve a response not later than **January 19, 2008** and Respondent may file and serve a reply brief not later than **January 23, 2008**; and

ORDER
Page - 1

4. The Clerk shall send copies of this Order to the Petitioner and to counsel for Respondents.

DATED this __17th__ day of November, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge