1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
9                                   AT TACOMA
10
11   DENVER G. SMITH,
12                      Petitioner,
                                              Case No.  C08-5349 BHS/KLS
13          v.
                                              AMENDED ORDER
14   TIMOTHY WENGLER, *et al*,                EXTENDING RESPONDENT'S
                                              TIME TO FILE AN ANSWER
15                      Respondent.
16

17          This Order amends the Court's previous order (Dkt. # 18) to correct the docket activities

18   occurring in the calendar year 2009.  In addition, although the previous Order reflected that Petitioner

19   filed no opposition to the requested extension, the Court wishes the record to correctly reflect that its

20   Order was entered prior to the motion noting date of November 21, 2008.  As previously stated,

21   however, the Court finds that the extension is warranted to allow Respondent sufficient time to

22   review the state court record recently received from the Washington state courts.

23          Accordingly, it is **ORDERED:**

24          1.     Respondent's motion for an extension of time to file an answer to the petition for a
                   writ of habeas corpus (Dkt. # 17) is **GRANTED.**  Respondent shall file an answer on
25                 or before **December 26, 2008**;

26          2.     The Clerk of the Court shall **re-note** the Petition for Writ of Habeas Corpus (Dkts. # 7
                   and 8) for **January 23, 2009**;
27

28          3.     Petitioner may file and serve a response not later than **January 19, 2009** and
                   Respondent may file and serve a reply brief not later than **January 23, 2009**; and

     ORDER
     Page - 1

1

2       4.      The Clerk shall send copies of this Order to the Petitioner and to counsel for
                Respondents.

3       DATED this ___20th___ day of November, 2008.

4

5

6                                                              Karen L. Strombom
                                                               United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2