1
2
3
4
5
6
7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
8
9  DENVER G. SMITH,

10            Petitioner,                          Case No. C08-5349BHS

11       v.                                        ORDER OVERRULING
                                                   PLAINTIFF'S OBJECTIONS AND
12  ROB MCKENNA and TIMOTHY                        ADOPTING REPORT AND
    WENGLER,                                       RECOMMENDATION
13            Respondents.

14

15       This matter comes before the Court on the Report and Recommendation of the

16  Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 23), and Petitioner's

17  Objections to the Report and Recommendation (Dkt. 24).

18       Judge Strombom recommends that the Court (1) re-refer this matter for additional

19  briefing on Petitioner's first claim for relief, Dkt. 23 at 11, and (2) dismiss Petitioner's

20  second through ninth claims because they are unexhausted and procedurally barred, *id.* at

21  12-17.  Petitioner objects to this recommendation because, under the "Cumulative Error

22  Doctrine," he sufficiently asserted his claims to the state courts.  Dkt. 24 at 2 citing *Daye v.*

23  *Attorney General of State of N.Y.*, 696 F.2d 186 (2nd Cir. 1982).  The Court disagrees and,

24  after review of Petitioner's state court personal restraint petitions, adopts Judge Strombom's

25  finding that he made "no reference to any specific federal constitutional guarantee or federal

26  case law in support of the relief he [sought]."  Dkt. 23 at 13.  Therefore, the Court overrules

27  Petitioner's objections.

28  ORDER – 1

The Court having considered the Report and Recommendation, Plaintiff's objections, and the remaining record, does hereby find and order:

(1)     The Court **OVERRULES** Plaintiff's Objections;

(2)     The Court adopts the Report and Recommendation; and

(3)     Petitioner's second, third, fourth, fifth, sixth, seventh, eighth, and ninth claims for relief are **DISMISSED** and this action is **RE-REFERRED** for further briefing on and consideration of Petitioner's first claim for federal habeas relief.

DATED this 30th day of April, 2009.


_____
BENJAMIN H. SETTLE
United States District Judge

ORDER – 2