UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENVER G. SMITH,

                    Petitioner,

    v.

ROB MCKENNA and TIMOTHY WENGLER,

                    Respondent.

No. C08-5349 BHS/KLS

ORDER FOR ADDITIONAL BRIEFING

This case was re-referred to United States Magistrate Karen L. Strombom following adoption by the District Court of the Report and Recommendation (Dkt. 23). The District Court dismissed Petitioner's second through ninth claims because they are unexhausted and procedurally barred and re-referred this matter for additional briefing on Petitioner's first claim for relief. Dkt. 25, p. 2.

Accordingly, it is **ORDERED** as follows:

1. Respondents shall file and serve their brief on Petitioner's first claim for relief on or before **June 19, 2009.**

2. Upon receipt of Respondents' brief, the Clerk will note the matter for consideration on the fourth Friday after the brief is filed. Petitioner may file and serve a response to Respondents' brief not later than on the Monday immediately preceding the Friday

ORDER DIRECTING ADDITIONAL BRIEFING § 2254 PETITION - 1

appointed for consideration of the matter, and Respondents may file and serve a reply brief not later than the Friday designated for consideration of the matter.

DATED at Tacoma, Washington this __12th__ day of May, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER DIRECTING ADDITIONAL BRIEFING § 2254 PETITION - 2