UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENVER G. SMITH,<br><br>                 Petitioner,<br><br>   v.<br><br>ROB MCKENNA and TIMOTHY WENGLER,<br><br>                 Respondent. | No. C08-5349 BHS/KLS<br><br>SUPPLEMENTAL ORDER REGARDING FILING DEADLINES ON ADDITIONAL BRIEFING |

Pursuant to the Court's Order for Additional Briefing (Dkt. 26), Respondents filed a Supplemental Answer Addressing Mr. Smith's First Ground for Relief (Dkt. 27) and Supplemental Submission of Relevant State Court Record (Dkt. 28). The Court Clerk has now noted the habeas petition for the Court's consideration for **July 17, 2009**.

Accordingly, Petitioner may file and serve a response to Respondents' Answer not later than **July 13, 2009**, and Respondents may file and serve a reply brief not later than **July 17, 2009**.

DATED at Tacoma, Washington this <u> 15th </u> day of June, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

SUPPLEMENTAL ORDER REGARDING FILING DEADLINES ON ADDITIONAL BRIEFING § 2254 PETITION - 1