AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

DENVER G. SMITH

       v.

TIMOTHY WENGLER
and ROB McKENNA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5349BHS

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **OVERRULES** Petitioner's Objections;

The Court adopts the Report and Recommendation; and

This action is **DISMISSED.**

| | |
|---|---|
| December 11, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |